M. Denise Tolliver
109 Gardengate Road
Camden, DE 19934
mdtolliver@hotmail.com
(302) 242-1482

RECEIVED
DEC 12 2016
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

December 9, 2016

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 N. King Street, Unit 26
Wilmington, DE 19801

Re: Tolliver v. Trinity Parish, et al. cv-14-1021-LPS

Dear Chief Judge Stark:

I am writing in rebuttal to Defendants' letter (D.I. 150) as follows:

1). OPENING BRIEF IN SUPPORT OF PLINATIFF'S OPPOSITION FOR SUMMARY JUDGMENT
Due by 12/8/16 in reply to Defendants' motion for summary judgment (D.I. 132, 133), I filed my opening brief opposition to Defendants' motion for summary judgment (D.I. 138, 139) and amended it with my statement of facts (D.I. 147).

2). MOTION FOR LEAVE TO REFILE D.I. 70 AND 73
The Court's de novo review of my discrimination claim should make DDOL investigative file TOL062013 in its entirety and specifically D.I. 135, pages A76-78 and A105-107 immaterial, impertinent and prejudicial and should be stricken from Defendants' pleadings. "The court may strike from a pleading...any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f) A motion to strike if made by a party before responding to a pleading. Fed. R. Civ. P. 12(f)(2). Cupid v. Eckerd Youth No. 5:11-CV-00016-RLV (W.D.N.C. April 12, 2012)(Richard J. Voorhees)

3). DISCOVERY PRODUCTION
Defendants' claim that I did not produce discovery is incorrect. October 14, 2014, I entered into evidence Ms. Houston's March 6, 2013 voicemail message transcript (14-cv-1248-LPS D.I. 6 Paragraph 32, D.I. 7). Defendants' motion to consolidate was granted July 31, 2015 (D.I. 13). My request to the Court pertains to whether or not Ms. Houston's March 6, 2013 audio voicemail message must be formally transcribed.

Respectfully submitted,

M. Denise T

M. Denise Tolliver
Plaintiff, Pro Se

cc/ Attorneys Holt, Russell, and DiBianca

M. Denise Tolliver
109 Gardengate Road
Camden, DE 19934-9649

WILMINGTON DE 197
09 DEC 2016 PM 1 L

USA FOREVER

Office of the Clerk
Attn: The Honorable Leonard P. Stark
United States District Court of Delaware
844 N. King Street, Unit 18
Wilmington, DE 19801-3510

X-RAY

19801$3570