YOUNG CONAWAY STARGATT & TAYLOR, LLP
Attorneys at Law

WILMINGTON
GEORGETOWN
MIDDLETOWN
NEW YORK

**Lauren E.M. Russell**
P 302.576.3255
F 302.576.3750
lrussell@ycst.com

December 19, 2016

**VIA CM/ECF & HAND DELIVERY**

Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: *Tolliver v. Trinity Parish Foundation, et al.*,
C.A. No. 14-cv-01021-LPS

Dear Chief Judge Stark:

Please accept this letter as Defendants' position with regard to Plaintiff's most recent filing, titled Second Addendum to Opening Brief in Support of Plaintiff's Opposition for Summary Judgment. (D.I. 161.) A review of Plaintiff's pleading indicates that, notwithstanding its title, it is intended as a response to Defendants Answering Brief in Opposition to Plaintiff's Summary Judgment Motion and Request for Relief. (D.I. 151.) Consequently, absent instruction from the Court, Defendants will consider Plaintiff's Second Addendum a reply brief, and will not file a responsive document.

If the Court desires further response from Defendants, counsel will gladly comply with any such request.



Rodney Square • 1000 North King Street • Wilmington, DE 19801
P 302.571.6600 F 302.571.1253 YoungConaway.com

Respectfully,

Lauren E.M. Russell (No. 5366)

LEMR:hs

cc: Scott A. Holt, Esq.
Margaret M. DiBianca, Esq.
M. Denise Tolliver, pro se (by U.S. Certified and Regular Mail)