# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| M. DENISE TOLLIVER, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 14-1021-LPS |
| TRINITY PARISH FOUNDATION, et al., | : | |
| Defendants. | : | |

## MEMORANDUM ORDER

At Wilmington, this 12th day of March, 2019, having considered Plaintiff's letter/request to remand this matter to the Superior Court of the State of Delaware (D.I. 197),

IT IS HEREBY ORDERED that the letter/request is DENIED, for the reasons that follow:

1. Plaintiff M. Denise Tolliver ("Plaintiff"), who proceeds *pro se* and has paid the filing fee, commenced this employment discrimination action on August 8, 2014. (D.I. 1) On September 11, 2014, Plaintiff filed an employment discrimination complaint in the Superior Court of the State of Delaware in and for New Castle County against Delaware Futures, C.A. No. N14C-09-00088 (JAP). (*See Tolliver v. Delaware Future, Inc.*, Civ. No. 14-1248-LPS) It was removed to this Court on September 30, 2014. The complaints in Civil Action Nos. 14-1021-LPS and 14-1248-LPS involve similar allegations and concern common questions of law and fact and were consolidated on July 30, 2015. (D.I. 20)

2. On August 2, 2017, the Court granted Defendants' motion for summary judgment. (D.I. 180, 181) Plaintiff moved for reconsideration, and it was denied. (D.I. 183, 192, 193)

3. Plaintiff appealed the order granting summary judgment and denying reconsideration. (D.I. 190, 196) On January 26, 2018, the United States Court of Appeals for the

1

Third Circuit affirmed the decisions of this Court. *See Tolliver v. Trinity Parish Found.*, No. 17-2929 (3d Cir. Jan. 26, 2018). The mandate issued on March 5, 2018. (D.I. 196)

4. On March 8, 2018, Plaintiff filed a letter/motion to remand her original complaint, Case No. N14C-09-088 to the Delaware Superior Court as the "Federal District Court lacks subject matter jurisdiction." (D.I. 197)

5. There is no basis to Plaintiff's motion. All issues have been decided and this Court's rulings were affirmed on appeal. Plaintiff is place on notice that future similar motions will be docketed, but not considered.

<br>

                                      HONORABLE LEONARD P. STARK
                                      UNITED STATES DISTRICT JUDGE